# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LORI A. KELLY,                 :   No. 784 MAL 2017

               Petitioner     :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Commonwealth Court
            v.                    :

                              :

UNEMPLOYMENT COMPENSATION    :
BOARD OF REVIEW,                 :

              Respondent    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.